UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-21785-DPG

**GEORGE ROBINSON**,

    Plaintiff,

v.

**MEDICAL MANAGEMENT INTERNATIONAL INC.**,

    Defendant.

_____/

### ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation of Final Dismissal with Prejudice [ECF No. 19]. Based thereon, it is

**ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party bearing its own fees and costs, or as agreed otherwise. It is further

**ORDERED AND ADJUDGED** that this action shall be **CLOSED** for administrative purposes, and all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 6th day of September, 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record